UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
BALADY, INC.,

                    Plaintiff,

-against-

JENIN ELHINDI and BALADY WA
BALADAK FOOD CORP.,

                    Defendants.

----------------------------------------------------X

14 CV 855 (SJ) (RER)

ORDER ADOPTING
REPORT AND
RECOMMENDATION

APPEARANCES

COHEN TAUBER SPIEVACK & WAGNER, LLP
420 Lexington Avenue
24th Floor
New York, NY 10170
By:   Leo L. Esses
*Attorney for Plaintiff*

JOHNSON, Senior District Judge:

      Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Raymond E. Reyes, Jr. Judge Reyes issued a very thorough Report on December 3, 2014, and provided the parties with the requisite amount of time to file objections. None of the parties filed any objections to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

1

P-049

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 14 days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Reyes's recommendations were due on December 18, 2014. No objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Reyes's Report in its entirety. The matter shall be recommitted to Magistrate Judge Reyes for post-judgment discovery and inquest.

SO ORDERED.

Dated: December 19, 2014
Brooklyn, NY

/s/ USDJ JOHNSON
Sterling Johnson, Jr., U.S.D.J.

2